United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES NEWLANDS,

           Plaintiff,

   v.

PHILO, INC.,

           Defendant.

Case No.  22-cv-04296-HSG

**ORDER GRANTING STIPULATION TO CONSOLIDATE**

Re: Dkt. No. 39

ALICIA NICKERSON, et al.,

           Plaintiffs,

   v.

PHILO, INC.,

           Defendant.

Case No.  22-cv-05006-HSG

Having considered the parties' stipulation to consolidate the two above-captioned and related cases, *Newlands v. Philo, Inc.*, Case No. 22-cv-04296-HSG, and *Nickerson v. Philo, Inc.*, 22-cv-05006-HSG, the Court **GRANTS** the stipulation as follows:

   1. The related *Newlands* and *Nickerson* actions shall be consolidated for all purposes under Federal Rule of Civil Procedure 42(a).

   2. *Newlands* shall be the lead case, and the *Newlands* docket shall be the master docket for the consolidated action.  All future filings should be done in the lead case only, and shall be captioned *In re Philo Privacy Litigation*.

   3. The Clerk is directed to e-file a copy of this order in *Nickerson*, the later-filed civil action, and to administratively close *Nickerson*.

   4. Plaintiffs shall file a consolidated complaint by October 26, 2022.  The

consolidated complaint shall be deemed an initial pleading that may be amended once as a matter of course under Federal Rule of Civil Procedure 15(a)(1).

5. Defendant shall move to dismiss or answer the consolidated complaint by November 2, 2022.

6. The parties shall file a joint case management conference statement for the consolidated action by November 8, 2022.  The Court further **SETS** a telephonic case management conference on November 15, 2022, at 2:00 p.m.

All counsel shall use the following dial-in information to access the call:

Dial-In:  888-808-6929;

Passcode:  6064255

For call clarity, parties shall NOT use speaker phone or earpieces for these calls, and where at all possible, parties shall use landlines.

**IT IS SO ORDERED.**

Dated:   10/19/2022

_____

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California