**CARNEY BATES & PULLIAM, PLLC**
Joseph Henry (Hank) Bates, III (SBN 167688)
hbates@cbplaw.com
Lee Lowther (*pro hac vice*)
llowther@cbplaw.com
Courtney E. Ross (*pro hac vice*)
cross@cbplaw.com
519 West 7th St.
Little Rock, AR 72201
Telephone: 501.312.8500
Facsimile: 501.312.8505

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Ian R. Bensberg (*pro hac vice*)
ibensberg@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Douglas I. Cuthbertson (*pro hac vice*)
dcuthbertson@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592

*Attorneys for Plaintiffs*

*(Additional Counsel listed on signature page)*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE PHILO PRIVACY LITIGATION | Case No. 4:22-cv-04296-HSG<br><br>**STIPULATED MOTION TO EXTEND ESI PROTOCOLS DEADLINE; ORDER** |

1  Plaintiffs James Newlands and Christy Emerson (together, "Plaintiffs"), and Defendant Philo, Inc. ("Defendant") (together, "the Parties"), stipulate, and request that the Court order pursuant to their stipulation, as follows:

WHEREAS, this is a stipulated motion under Civil Local Rule 6-2 to reset a deadline set by Court order.

WHEREAS, on November 16, 2022, the Court entered a Scheduling Order setting that same day as the deadline for the Parties to file an ESI Protocol. ECF No. 49, at 1.

WHEREAS, after meeting and conferring, the Parties reached agreement on all but a small number of narrow issues identified by the redlined language to paragraphs (1) and (2)(f) of Exhibit 1 to the attached Declaration of Douglas I. Cuthbertson.

WHEREAS, the Parties are still discussing these provisions, do not believe that they are at an impasse, and believe that it would be helpful to have an additional week to continue to meet and confer about them.

WHEREAS, the Declaration of Douglas I Cuthbertson is attached to this motion as Exhibit A, as required by Local Rule 6-2(a).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties through their counsel, subject to the Court's approval, that:

1. By November 23, 2022, the Parties shall either file a fully agreed-upon stipulated ESI protocol for the Court's consideration, or submit a joint letter outlining any remaining disputes pursuant to paragraphs 19 and 20 of Your Honor's Standing Order for Civil Cases.

Dated: November 17, 2022                Respectfully submitted,

                                        By:   */s/ Douglas I. Cuthbertson*

                                              Douglas I. Cuthbertson (*pro hac vice*)
                                              dcuthbertson@lchb.com
                                              LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                              250 Hudson Street, 8th Floor
                                              New York, NY  10013
                                              Telephone:  212.355.9500
                                              Facsimile:  212.355.9592

                                              Michael W. Sobol (SBN 194857)
                                              msobol@lchb.com

Ian R. Bensberg (*pro hac vice*)
ibensberg@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Joseph Henry (Hank) Bates, III (SBN 167688)
hbates@cbplaw.com
Lee Lowther (*pro hac vice*)
llowther@cbplaw.com
Courtney E. Ross (*pro hac vice*)
cross@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
519 West 7th St.
Little Rock, AR 72201
Telephone: 501.312.8500
Facsimile: 501.312.8505

*Attorneys for Plaintiffs James Newlands and Christy Emerson*

By: /s/ David R. Singh

David R. Singh (Bar No. 300840)
david.singh@weil.com
Amy Tu Quyen Le (Bar No. 341925)
amy.le@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 6th Floor Redwood Shores, CA 94065-1134 Telephone: (650) 802-3000
Facsimile: (650) 802-3100

David Yohai (*pro hac vice*)
david.yohai@weil.com
Blake Steinberg (*pro hac vice*)
blake.steinberg@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorney for Defendant Philo, Inc.*

1           **ORDER EXTENDING ESI PROTOCOLS DEADLINE**

2           Pursuant to stipulation, IT IS SO ORDERED.

3

4    DATED: 11/18/2022

5                                         Hon. Haywood S. Gilliam, Jr.

6                                         United States District Judge