1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CARNEY BATES & PULLIAM, PLLC**
Joseph Henry (Hank) Bates, III (SBN 167688)
hbates@cbplaw.com
Lee Lowther (*pro hac vice*)
llowther@cbplaw.com
Courtney E. Ross (*pro hac vice*)
cross@cbplaw.com
519 West 7th St.
Little Rock, AR 72201
Telephone:  501.312.8500
Facsimile:  501.312.8505

**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Ian R. Bensberg (*pro hac vice*)
ibensberg@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
Douglas I. Cuthbertson (*pro hac vice*)
dcuthbertson@lchb.com
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  212.355.9500
Facsimile:  212.355.9592

*Attorneys for Plaintiffs*

(*Additional Counsel listed on signature page*)

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

IN RE PHILO PRIVACY LITIGATION

Case No. 4:22-cv-04296-HSG

**STIPULATED REQUEST FOR ORDER
CHANGING TIME REGARDING
BRIEFING DEADLINES SET FORTH
BY THE LOCAL RULES; ORDER**

2724834.3

1    Plaintiffs James Newlands, Christy Emerson, Matthew Kirschenbaum ("Plaintiffs"), and

2    Defendant Philo, Inc. ("Philo" or "Defendant") (together, "the Parties"), stipulate, and request

3    that the Court order pursuant to their stipulation, as follows:

4    WHEREAS, this is a stipulated request for an order changing time under Civil Local Rule

5    6-2 to reset certain briefing deadlines set forth in the Local Rules in the above-captioned case;

6    WHEREAS, on **December 5, 2022**, Philo filed a motion to dismiss Plaintiffs' amended

7    consolidated class action complaint (*see* ECF No. 63), which noticed a hearing date on **March 9,**

8    **2023 (**the then next available hearing date on the Court's calendar as of **December 5, 2022**);

9    WHEREAS, pursuant to Local Rule 7-3, Plaintiffs' opposition brief to the motion to

10   dismiss must be filed by **December 19, 2022**, and Philo's reply brief in support of the motion to

11   dismiss must be filed by **December 26, 2022**;

12   WHEREAS, on **December 9, 2022**, Philo filed a motion to stay discovery pending

13   resolution of Philo's motion to dismiss Plaintiffs' amended consolidated class action complaint

14   (*see* ECF No. 65), which noticed a hearing date on **March 23, 2023** (the then next available

15   hearing date on the Court's calendar as of **December 9, 2022**);

16   WHEREAS, pursuant to Local Rule 7-3, Plaintiffs' opposition brief  to the motion to stay

17   must be filed by **December 23, 2022**, and Philo's reply brief in support of its motion to stay must

18   be filed by **December 30, 2022**;

19   WHEREAS, due to the forthcoming holidays, obligations on other matters, and because

20   oral argument for both motions will not take place until March 2023, the Parties have agreed to

21   extend and coordinate the briefing schedules for both of Philo's pending motions;

22   WHEREAS, this stipulated requested briefing schedule modification will have no effect

23   on the case schedule (*see* ECF No. 46 (Scheduling Order)) or the hearing dates already set for

24   Philo's two pending motions;

25   WHEREAS, the Parties agree having both Philo's motion to dismiss Plaintiffs' amended

26   consolidated class action compliant (*see* ECF No. 63) and Philo's motion to stay discovery

27   pending resolution of Philo's motion to dismiss Plaintiffs' amended consolidated class action

28

1    complaint (*see* ECF No. 65) proceed on the same schedule and heard on the same day would

2    promote efficiency;

3          WHEREAS, before this case was consolidated (*see* ECF No. 42), the Parties in the

4    underlying *Newlands* action twice stipulated to extend Philo's deadline to answer or move to

5    dismiss Plaintiff's complaint, *see* ECF Nos. 22, 34, and initial deadlines in both the underlying

6    *Newlands* and *Nickerson* actions were reset as a result of judicial reassignment.

7          WHEREAS, the Court previously granted the Parties' request to extend the November 16,

8    2022 deadline to file an ESI Protocol by one week to November 23, 2022 (*see* ECF No. 55),

9    which the Parties subsequently filed in a timely fashion (*see* ECF No. 58);

10         WHEREAS, the stipulated deadlines below reflect the Parties' good-faith agreement on

11   the most reasonable way to conduct the action fairly and efficiently;

12         WHEREAS, the declaration required by Local Rule 6-2(a) is attached to this motion as

13   Exhibit A.

14         NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties

15   through their counsel, subject to the Court's approval, that:

16         1.     Plaintiff shall file any opposition brief(s) to Philo's motion to dismiss (ECF No.

17   63) and Philo's motion to stay discovery (ECF No. 65) by **January 26, 2023**.

18         2.     Philo shall file any reply briefs in support of its motion to dismiss (ECF No. 63)

19   and its motion to stay discovery (ECF No. 65) by **February 23, 2023**.

20         3.     The Parties request to have hearing on both Philo's motion to dismiss (ECF No.

21   63) and Philo's motion to stay discovery (ECF No. 65) on the same day as the Court's calendar

22   permits, no earlier than March 9, 2023 (the noticed hearing date for Philo's motion to dismiss

23   (ECF No. 63).

24   Dated: December 14, 2022                 Respectfully submitted,

25                                     By:    */s/* Douglas I. Cuthbertson

26                                            Douglas I. Cuthbertson (*pro hac vice*)
                                              dcuthbertson@lchb.com
27                                            LIEFF CABRASER HEIMANN & BERNSTEIN,
                                              LLP
28                                            250 Hudson Street, 8th Floor

New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592

Michael W. Sobol (SBN 194857)
msobol@lchb.com
Ian R. Bensberg (*pro hac vice*)
ibensberg@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Joseph Henry (Hank) Bates, III (SBN 167688)
hbates@cbplaw.com
Lee Lowther (*pro hac vice*)
llowther@cbplaw.com
Courtney E. Ross (*pro hac vice*)
cross@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
519 West 7th St.
Little Rock, AR 72201
Telephone: 501.312.8500
Facsimile: 501.312.8505

*Attorneys for Plaintiffs James Newlands, Christy
Emerson, and Matthew Kirschenbaum*

By:   /s/ David R. Singh

David R. Singh (Bar No. 300840)
david.singh@weil.com
Amy Tu Quyen Le (Bar No. 341925)
amy.le@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 6th Floor Redwood
Shores, CA 94065-1134 Telephone: (650) 802-3000
Facsimile: (650) 802-3100

David Yohai (*pro hac vice*)
david.yohai@weil.com
Taylor Dougherty (*pro hac vice*)
taylor.dougherty@weil.com
Blake Steinberg (*pro hac vice*)
blake.steinberg@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

1

*Attorneys for Defendant Philo, Inc.*

2

3   **ORDER RESETTING BRIEFING DEADLINES SET FORTH BY THE LOCAL
RULES**

4

5   Pursuant to stipulation, IT IS SO ORDERED.

6

7   DATED:  12/14/2022

8

*Haywood S. Gill Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2724834.3

STIPULATED REQUEST FOR ORDER CHANGING TIME
REGARDING BRIEFING DEADLINES
CASE NO. 4:22-CV-04296-HSG