| | |
|---|---|
| **CARNEY BATES & PULLIAM, PLLC**<br>Hank Bates (SBN 167688)<br>hbates@cbplaw.com<br>Lee Lowther (*pro hac vice*)<br>llowther@cbplaw.com<br>Courtney E. Ross (*pro hac vice*)<br>cross@cbplaw.com<br>519 West 7th St.<br>Little Rock, AR 72201<br>Telephone: (501) 312-8500<br>Facsimile: (501) 312-8505 | **LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP**<br>Douglas I. Cuthbertson (*pro hac vice*)<br>dcuthbertson@lchb.com<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br>Telephone: (212) 355-9500<br>Facsimile: (212) 355-9592<br><br>*Attorneys for Plaintiffs* |
| **LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP**<br>Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>Ian R. Bensberg (*pro hac vice*)<br>ibensberg@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE PHILO PRIVACY LITIGATION | Case No. 4:22-cv-04296-HSG<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs James Newlands, Christy Emerson, and Matthew Kirschenbaum and Defendant Philo, Inc. (collectively, the "Parties"), stipulate that this action shall be dismissed without prejudice.

Dated: January 25, 2023                             Respectfully submitted,

By:    /s/ Lee Lowther
Hank Bates (SBN 167688)
hbates@cbplaw.com
Lee Lowther (*pro hac vice*)
llowther@cbplaw.com
Courtney E. Ross (*pro hac vice*)
cross@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
519 West 7th St.
Little Rock, AR 72201
Telephone:  501.312.8500
Facsimile:  501.312.8505

Douglas I. Cuthbertson (*pro hac vice*)
dcuthbertson@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  212.355.9500
Facsimile:  212.355.9592

Michael W. Sobol (SBN 194857)
msobol@lchb.com
Ian R. Bensberg (*pro hac vice*)
ibensberg@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

*Attorneys for Plaintiffs James Newlands, Alicia Nickerson, and Christy Emerson*

By:    /s/ David R. Singh  (with permission)
David R. Singh (Bar No. 300840)
david.singh@weil.com
Amy Tu Quyen Le (Bar No. 341925)
amy.le@weil.com
WEIL, GOTSHAL & MANGES LLP


1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28

201 Redwood Shores Parkway, 6th Floor Redwood Shores, CA 94065-1134  
Telephone: (650) 802-3000  
Facsimile: (650) 802-3100

David Yohai (*pro hac vice*)  
david.yohai@weil.com  
Blake Steinberg (*pro hac vice*)  
blake.steinberg@weil.com  
WEIL, GOTSHAL & MANGES LLP  
767 Fifth Avenue  
New York, NY 10153  
Telephone: (212) 310-8000  
Facsimile: (212) 310-8007

*Attorney for Defendant Philo, Inc.*

**ATTESTATION REGARDING SIGNATURES**

I, Lee Lowther, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: January 25, 2023     By:  */s/ Lee Lowther*
                                Lee Lowther

**CERTIFICATE OF SERVICE**

I, Lee Lowther, certify that I caused the foregoing document to be served on all counsel for all Parties to both actions by filing it through the Court's ECF system on the *In re Philo Privacy Litigation* docket.

DATED: January 25, 2023          By:  */s/ Lee Lowther*
                                       Lee Lowther